# IN THE DISTRICT COURT OF THE FIFTH CIRCUIT
## STATE OF HAWAI'I

**Plaintiff**
MICHALE ELLERMAN
4121 Rice Street Apt 2710
LIHUE, HI 96766

**Reserved for Court Use**

**Electronically Filed**
**FIFTH CIRCUIT**
5DRC-21-0000876
29-DEC-2021
01:50 PM
Dkt. 1 CMP

Civil No.

**Defendant**
Walmart, Inc.
3-3300 Kuhio Hwy
LIHUE, HI 96746

**Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Fax Number or Email**
MICHALE ELLERMAN
4121 Rice St. Apt 2710
LIHUE, HI 96766   775-800-3157

Date of Injury/Damage: 1/2/2020

## COMPLAINT

1. This Court has jurisdiction over this matter and venue is proper.
2. On or about the date of injury/damage stated above, defendant intentionally and/or negligently injured Plaintiff and/or damaged Plaintiff's property as follows: (state location of incident and briefly explain what happened) 1/20/2020 entrance vestibule interior had no floor mat to protect customers entering store, nor orange safety cones. During heavy rainstorm, I entered wet vest- ibule, fell on coccyx, left sacrum & spine, left forearm & tibia.
3. As a result of the incident, Defendant caused the following damages:
   ☒ Physical Injury (Do not state the dollar amount, but give a brief description of the injury): Physician & MRI diagnosed coccygeal injury, sacroiliitis, idiopathic peripheral neuropathy, & lumbar trauma causing neurologic deficit & instability, neuro evaluation for further diagnostic workup. (Describe the type of damage):
   ☐ Property Damage in the amount of $_____
4. Defendant has refused to pay for Plaintiff's damages.
5. The Servicemembers Civil Relief Act, 50 U.S.C. App. § 501 may apply to a defendant who is classified active duty as defined in the Act. Please check all that apply.
   ☒ To the best of my knowledge, the Defendant is not an active duty member of the US Military.
   ☒ The following Defendant is an active duty member of the US Military. Name:_____
   ☒ I am unable to determine whether the Defendant is an active duty member of the US Military. Please attach a separate sheet indicating what attempt was made to determine Defendant's military status.
6. Plaintiff asks for judgment against defendant for the damages proved. In addition, the court may award court costs, interest and reasonable attorney's fees as allowed by statute.

Date: 12/29/2021
Signature of Filing Party/Attorney: *Michale Ellerman*
Print/Type Name: MICHALE ELLERMAN

In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 482-2347, FAX 482-2509, or TTY 482-2533 at least ten (10) working days before your proceeding, hearing, or appointment date.

I hereby certify that the information provided herein is extracted from the official records of the District Court of the State of Hawaii.

_____
Clerk, District Court of the Fifth Circuit
State of Hawaii

I certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, District Court of the above Circuit, State of Hawai'i

**EXHIBIT A**

| IN THE DISTRICT COURT OF THE FIFTH CIRCUIT<br>LIHUE DIVISION<br>STATE OF HAWAIʻI | | |
|---|---|---|
| Plaintiff<br>MICHALE ELLERMAN<br>4121 Rice St. Apt 2710<br>LIHUE, HI 96766 | Reserved for Court Use | Electronically Filed<br>FIFTH CIRCUIT<br>5DRC-21-0000876<br>29-DEC-2021 |
| | Civil No. 5DRC-21-876 | 01:53 PM<br>Dkt. 3 SUMM |
| Defendant<br>Walmart, Inc.<br>3-3300 Kuhio Hwy<br>Lihue, HI 96766 | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, and Telephone Number<br>MICHALE ELLERMAN<br>4121 Rice St, Apt 2710<br>LIHUE, HI 96766<br>775-800-3157 | |

## SUMMONS

**THE STATE OF HAWAIʻI:**

**TO:** The Director of Public Safety of the State of Hawaiʻi, the Director's deputy, or any police officer or other person authorized by the laws of the State of Hawaiʻi:

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the public, unless a Judge permits, in writing on this Summons, personal delivery during those hours.

**TO THE DEFENDANT:** Walmart, Inc.

You are required to file a written answer or appear before the District Judge of this Court, in the Judge's Courtroom, on the day and at the time designated below. If the Defendant is a corporation or limited liability company, Hawaiʻi law requires it to be represented by an attorney licensed to practice in the State of Hawaiʻi.

**IF YOU OR YOUR ATTORNEY FAIL TO ATTEND THE COURT HEARING AT THE TIME AND PLACE DESIGNATED OR FILE A WRITTEN ANSWER A DEFAULT JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**District Court Division 3970 Kāʻana Street, Courtroom #2, Līhuʻe, Hawaiʻi 96766** at **8:00 a.m.** on the third **Monday** following date of service and should said **Monday** be a legal holiday then upon the next **Monday**.

Mailing address: District Court Division - 3970 Kāʻana Street, Suite 207, Līhuʻe, Hawaiʻi 96766

| Date: Dec. 29, 2021 | Clerk: /s/ Lisa D. Kimura |
|---|---|



In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 482-2347, FAX 482-2509, or TTY 482-2533 at least ten (10) working days before your proceeding, hearing, or appointment date. For all Civil related matters, please call 482-2303 DC Civil Division or visit the Self Help Center at 3970 Kāʻana Street, Līhuʻe, Hawaiʻi 96766.