COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY 6297
   E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940
   E-Mail: mnakano@cwlfirm.com
SHAWN L. M. BENTON 8332
   E-Mail: sbenton@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile: (808) 354-0427

Attorneys for Defendant
WALMART INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHALE ELLERMAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>WALMART, INC.,<br><br>        Defendant. | CIVIL NO.  22-00035 JAO-RT<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE**<br><br><br>Trial: None |

**STIPULATION FOR DISMISSAL OF ALL
CLAIMS AND ALL PARTIES WITH PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii),

IT IS HEREBY STIPULATED by and among the parties hereto that the Complaint

against Defendant WALMART INC., and of all other claims and all other parties,

are hereby dismissed with prejudice.  Each party to bear its own attorney's fees and

costs.

All parties who have appeared have executed this Stipulation.  There

are no remaining parties or issues.

No trial date has been set.

DATED:  Honolulu, Hawaii, June 27, 2022.


/s/ Michale Ellerman
MICHALE ELLERMAN
Plaintiff


/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
SHAWN L. M. BENTON
Attorneys for Defendant WALMART INC.

APPROVED AS TO FORM:

Jill A. Otake
United States District Judge


_____
**MICHALE ELLERMAN v. WALMART, INC.; Civil No. 22-00035 JAO-RT;**
**STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES**
**WITH PREJUDICE**